IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
JUN 20 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

SOUTHERN BANK & TRUST CO.

    Plaintiff,

v.                                            Civil Action No. 2:13cv591

SEPTEMBER SONG, LLC

and

ROBERT E. UPTON, JR.

    *in personam*,

and

M/Y SEPTEMBER SONG, her engines, tackle, and appurtenances, etc.

    *in rem*,

    Defendants.

## OPINION AND ORDER

This matter is before the Court on Plaintiff Southern Bank & Trust's ("Plaintiff" or "Southern") Motion for Extension of Time to Serve Defendant Robert E. Upton, Jr. ("Motion"). Doc. 37. Finding that Plaintiff has shown good cause, the Court **GRANTS** the Motion and extends the time by **THIRTY (30)** days from the date of this Order. The Clerk is **DIRECTED** to issue such summons as might be required by plaintiff's counsel.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
Date: June 20, 2014